**FIELDING LAW, APC**
Clark Fielding, CA SBN 254407
505 Technology Drive, Suite 250
Irvine, CA 92618
Telephone: (949) 288-5484
Fax: (949) 386-1514
E-mail: clark@fieldinglawfirm.com

**LAW OFFICE OF MAXIMILIAN LEE**
Maximilian Lee, CA SBN 287597
Judith L. Camilleri, CA SBN 282503
2916 W. 164th St., Second Floor
Torrance, CA 90504
Telephone/Fax: (213) 769-6529
E-mail: m.lee@maxleelaw.com

Attorneys for Plaintiff Amy Jacobsen

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY JACOBSEN;<br><br>          Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.;<br><br>          Defendants. | Case No.<br><br>**PLAINTIFF AMY JACOBSEN'S COMPLAINT FOR:**<br><br>1. **PREMISES LIABILITY**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Amy Jacobsen files this Complaint against Defendant Walt Disney Parks & Resort U.S., Inc., and on information and belief alleges as follows:

### INTRODUCTION

1. This civil action is brought by Plaintiff Amy Jacobsen to seek compensation for her personal injuries sustained on April 9, 2024 and caused by Defendant Walt Disney Parks

1

**COMPLAINT**

and Resorts U.S., Inc.'s negligence in owing, installing, maintaining, operating, and controlling its premises located at Disneyland Resort in Anaheim, California, in particular at the walkway for the entrance to the "Star Wars Rise of the Resistance" attraction. Plaintiff Amy Jacobsen slipped and fell due to a dangerously slippery walkway and suffered a broken right ankle.

## PLAINTIFFS

2. Plaintiff Amy Jacobsen is an individual who resided in the State of California at all times relevant to this action.

## DEFENDANT

3. Defendant Walt Disney Parks and Resorts U.S., Inc. is a Florida corporation registered to do business in the State of California as an out of state corporation. Upon information and belief, Defendant Walt Disney Parks and Resorts U.S., Inc. maintains its principal place of business at 1375 Buena Vista Drive, 4th Floor North, Lake Buena Vista, Florida 32830 at all times relevant to this action.

## JURISDICTION

4. Jurisdiction is conferred on this Honorable Court over Defendant Walt Disney Parks and Resorts U.S., Inc. pursuant to 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, the amount in controversy sought by Plaintiff exceeds the sum of $75,000 and Defendant Walt Disney Parks and Resorts U.S., Inc. is not a citizen of the forum state of California.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because this Court embraces the County of Orange, State of California where a substantial part of the events or omissions giving rise to the claim occurred.

## FIRST CAUSE OF ACTION

(Premises liability against Defendant Walt Disney Parks and Resorts U.S., Inc.)

6. Defendant Walt Disney Parks and Resorts U.S., Inc. owns, occupies, and controls Disneyland Resort in Anaheim, California.

7. Plaintiff Amy Jacobsen was legally on the premises of Disneyland Resort on April 9, 2024.

8. On April 9, 2024, at approximately 9:17 A.M., Plaintiff Amy Jacobsen was walking on the walkway to the entrance of the "Star Wars: Rise of the Resistance" attraction. The subject walkway is dangerously slippery when wet.

9. Defendant Walt Disney Parks and Resorts U.S., Inc. had actual knowledge or constructive knowledge of the unsafe condition of its premises.

10. Defendant Walt Disney Parks and Resorts U.S., Inc., was negligent in the use or maintenance of its property on April 9, 2024.

11. Defendant Walt Disney Parks and Resorts U.S., Inc.'s negligence was a substantial factor in causing harm to Plaintiff Amy Jacobsen on April 9, 2024.

12. Plaintiff Amy Jacobsen suffered harm, including a broken right ankle that required surgery. Plaintiff Amy Jacobsen has suffered significant financial harm by incurring at least $405,791.59 in medical expenses to treat her injuries caused by Defendant Walt Disney Parks and Resorts U.S., Inc.'s negligence. Plaintiff Amy Jacobsen has also suffered significant noneconomic damages, including physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and emotional distress. Plaintiff Amy Jacobsen reasonably expects to suffer economic and noneconomic harm in the future.

**PRAYER**

WHEREFORE, Plaintiff Amy Jacobsen respectfully request this Court to:

A. For compensatory damages in an amount totaling at least $1,500,000, according to proof at trial;

B. For prejudgment and post-judgment interest according to any applicable provision of law, according to proof;

C. For costs of suit;

D. For such other and further relief as this Honorable Court deems proper.

**COMPLAINT**

Dated: February 2, 2026            Respectfully Submitted,

                                   By:  /s/ Maximilian Lee
                                        Maximilian Lee
                                        Attorneys for Plaintiff Amy Jacobsen

### DEMAND FOR JURY TRIAL

Plaintiff Amy Jacobsen hereby demands a jury trial for this action.

Dated: February 2, 2026            Respectfully Submitted,

                                   By:  /s/ Maximilian Lee
                                        Maximilian Lee
                                        Attorneys for Plaintiff Amy Jacobsen

**COMPLAINT**